# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

15-3596

L. L., et al v. Evesham Township Board of Educ, et al

1-13-cv-03696

# O R D E R

The Court has received the Brief and Appendix from **Appellants L. L., K. L.**.

**The brief does not comply with the following Court requirements:**

**Form of Brief-See FRAP 32(a)- The following aspect(s) of the brief is/are non-compliant**

**.** Hard copies of the brief are double sided. Double sided copies are permitted for appendix only.

In order to cure errors with respect to FORM, **L. L., K. L.** must submit seven (7) copies of the corrected single sided brief.  Volume I of the appendix must be attached to the corrected paper copies of the brief.

**Counsel or the party(ies) must correct the above listed deficiencies by 03/04/2016. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

**Dated:   March 1, 2016**

**For questions please call 267-299-4929, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**

**MS/cc:   F. Michael Daily Jr., Esq.**
**             Walter F. Kawalec III, Esq.**